JS-6

FILED
CLERK, U.S. DISTRICT COURT

5/2/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

CESAR MONDRAGON,

    Plaintiff,

vs.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

Case No.: 5:18-cv-02156-SK

ORDER OF DISMISSAL

    The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

    IT IS SO ORDERED.

DATE: May 2, 2019

_____
THE HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE